FILED
Jun 21 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
s/ GloriaVocal                 DEPUTY

ORDERED UNSEALED on 09/14/2023   s/ andreasar

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '23 CR1202 JLS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Secs. 1594(c) and 1591(a) – Conspiracy to Commit Sex Trafficking by Force, Fraud and Coercion; Title 18, U.S.C., Secs. 1591(a)(1) and 1591(a)(2) – Sex Trafficking by Force, Fraud and Coercion; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 18, U.S.C., Sec. 1594(d) – Criminal Forfeiture |
| DOUGLAS WIEDERHOLD, aka "James," | |
| Defendant. | |

The grand jury charges:

**Count 1**

Conspiracy to Commit

Sex Trafficking by Force, Fraud and Coercion

Beginning on an unknown date, but no later than January 2011, and continuing through an unknown date, but no earlier than March 2012, within the Southern District of California, and elsewhere, defendant DOUGLAS WIEDERHOLD, aka "James," and Michael Pratt (charged elsewhere), conspired and agreed with each other and others to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person — to wit, Victims 1-5 — knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause

AFF:nlv:San Diego:6/20/23

these persons to engage in a commercial sex act, and to benefit financially and receive anything of value from participation in a venture engaged in such acts, in violation of Title 18, United States Code, Section 1591(a).

All in violation of Title 18, United States Code, Section 1594(c).

### Count 2

### Sex Trafficking by Force, Fraud and Coercion

In or about January 2011, within the Southern District of California, and elsewhere, defendant DOUGLAS WIEDERHOLD, aka "James," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 1, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 1 to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 2 and Pinkerton v. United States, 328 U.S. 640 (1946).

### Count 3

### Sex Trafficking by Force, Fraud and Coercion

In or about June 2011, within the Southern District of California, and elsewhere, defendant DOUGLAS WIEDERHOLD, aka "James," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 2, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed,

harbored, transported, provided, obtained, and maintained Victim 2, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 2 to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 2 and <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

### Count 4

<u>Sex Trafficking by Force, Fraud and Coercion</u>

In or about August 2011, within the Southern District of California, and elsewhere, defendant DOUGLAS WIEDERHOLD, aka "James," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 3, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 3, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 3 to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 2 and <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

### Count 5

<u>Sex Trafficking by Force, Fraud and Coercion</u>

In or about September 2011, within the Southern District of California, and elsewhere, defendant DOUGLAS WIEDERHOLD, aka "James," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 4, and benefitted financially and by receiving anything of value from participation in a venture, which

recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 4, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 4 to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 2 and Pinkerton v. United States, 328 U.S. 640 (1946).

## Count 6

### Sex Trafficking by Force, Fraud and Coercion

In or about March 2012, within the Southern District of California, and elsewhere, defendant DOUGLAS WIEDERHOLD, aka "James," knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited Victim 5, and benefitted financially and by receiving anything of value from participation in a venture, which recruited, enticed, harbored, transported, provided, obtained, and maintained Victim 5, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim 5 to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2) and 2 and Pinkerton v. United States, 328 U.S. 640 (1946).

### FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 through 6 above are re-alleged herein and incorporated as a part hereof for purposes of seeking forfeiture of property of defendant DOUGLAS WIEDERHOLD, aka "James," to the United States pursuant to Title 18, United States Code, Section 1594(d).

Upon conviction of one and more of the offenses in Counts 1 through 6, which involve violations of Title 18, United States Code, Sections 1591 and 1594, defendant DOUGLAS WIEDERHOLD, aka "James," shall forfeit, pursuant to Title 18, United States Code, Section 1594(d) and (e), all right, title, and interest in (1) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses; and (2) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offenses.

If any of the property described above, as a result of any act or omission of defendant DOUGLAS WIEDERHOLD, aka "James," cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeiture of substitute property up to the value of the property described above, pursuant to Title 18, United States Code, Section 1594(d).

DATED: June 21, 2023.

RANDY S. GROSSMAN
United States Attorney

By: /s/
ALEXANDRA F. FOSTER
Assistant U.S. Attorney