# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>DOUGLAS WIEDERHOLD,<br><br>        Defendant. | Case No.: 23-cr-1202-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING WITH PSR** |

Pursuant to joint motion and good cause appearing,

IT IS HEREBY ORDERED that the Sentencing with PSR currently scheduled on October 18, 2024, is continued to December 5, 2025 at 9:00 am. Defendant shall file an acknowledgement of the new hearing date within one week of this order.

IT IS SO ORDERED.

Dated: October 1, 2024

Hon. Janis L. Sammartino
United States District Judge

1

23-cr-1202-JLS