**Patrick M. Griffin [SBN 276171]**
Griffin Law Office, APC
1350 Columbia Street, Suite 401
San Diego, CA 92101
Telephone: (619) 269-2131
Fax: (619) 344-0041
Patrick@griffinlawoffice.com
Attorney for Defendant
DOUGLAS WIEDERHOLD

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS WIEDERHOLD,<br><br>Defendant. | Case No: 23-cr-1202-JLS<br><br>**ACKNOWLEDGEMENT OF NEXT COURT DATE** |

    I, DOUGLAS WIEDERHOLD, the above-named defendant, upon the notice of his counsel, do hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is Friday, December 5, 2025 at 9:00 a.m. before the Honorable Janis L. Sammartino, United States District Judge.

DATED: 10 / 01 / 2024                    _____
                                          DOUGLAS WIEDERHOLD
                                          Defendant

DATED:     10/1/2024                     /s/ Patrick M. Griffin
                                          PATRICK M. GRIFFIN
                                          Attorney for Defendant

1