1
2
3
4
5
6

**Patrick M. Griffin [SBN 276171]**
Griffin Law Office, APC
1350 Columbia St., Suite 401
San Diego, California, 92101-8505
Telephone: (619) 269-2131
Patrick@GriffinLawOffice.com

Attorney for Defendant
DOUGLAS JAMES WIEDERHOLD

7
8

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS JAMES WIEDERHOLD,<br><br>Defendant. | Case No.: 23-cr-01202-JLS<br><br>**DEFENDANT'S SENTENCING MEMORANDUM EXHIBITS**<br><br>Hon. Janis L. Sammartino<br>Courtroom 4D<br>Date: January 30, 2026<br>Time: 9:00 a.m. |

15
16
17
18

    The Defendant, Douglas James Wiederhold, by and through his attorney, Patrick M. Griffin, hereby submits the following exhibits in support of his Sentencing Memorandum:

19
20

    A. Letter of Douglas Wiederhold
    B. Character Letters

21
22

Respectfully submitted,

23
24
25

DATED: <u>January 23, 2026</u>

<u>/s/ Patrick M. Griffin</u>
PATRICK M. GRIFFIN
Attorney for Defendant
DOUGLAS JAMES WIEDERHOLD

26
27
28

# Exhibit A

Dear Judge Sammartino,

Thank you for allowing me the opportunity to write this statement in response to the charges that I have pled guilty to. I understand very clearly where I went wrong, and I am deeply ashamed of the harm that resulted from my actions. I now fully recognize that what I participated in caused real pain to real people, and that pain cannot be undone.

Since reading the victims' impact statements, I have felt a constant and overwhelming sadness. The emotional damage described by these women has stayed with me. Knowing that my presence and my failure to speak up contributed in any way to what they went through is something I will carry with me for the rest of my life. I should have listened to my conscience sooner. I should have done more. I understand now that my silence mattered, and that silence caused harm.

At the time, I was struggling deeply in my own life, and I made choices that I regret profoundly. That does not excuse what I did. The women involved trusted the situation they were brought into, and that trust was violated. I am truly sorry for my role in that. I wish I could take back my involvement, but since I cannot, all I can do is fully accept responsibility and commit to living differently going forward.

I eventually came to understand that what was happening was wrong and deceptive, and that realization made me sick. When I saw clearly what was taking place, I separated myself and left. Even so, I know that leaving later does not erase the harm done earlier. I am ashamed that I was involved at all.

I have spent many years reflecting on my actions and on the damage caused. I no longer believe that work in the adult industry can be done without harm. I now see how damaging it can be to women, to men, and to society as a whole. Walking away from that world was not difficult once I truly understood it. It was a relief. I do not want to be associated with it in any way, and I never will be again.

Today, my life is very different. I live quietly with my partner, Margo, and our dogs in Michigan. We focus on living simply, being present in our community, and spending time in nature. We have been working toward building something positive and grounded, centered on health, connection, and personal responsibility. I am committed to doing work that does not harm others and that reflects the values I failed to live up to in the past.

I am not the same person I was during that dark period of my life. When I first became involved, I was grieving the sudden loss of my brother, struggling with depression, and had very little sense of direction or self-worth. None of that excuses my actions, but it is part of the truth of who I was then and who I have worked hard not to be now.

I am deeply sorry for my involvement and for the pain experienced by the women affected. I take full responsibility for what I did, and I am committed to living the rest of my life in a way that reflects genuine accountability, compassion, and respect for others.

Thank you, Your Honor, for taking the time to read this letter and for considering my sincere expression of remorse.

Sincerely,
Douglas James Wiederhold

# Exhibit B

**Diane Wiederhold**

████████████████████

██████████████

████████

To Whom it may concern,

I, Diane Wiederhold, am the step mother to Douglas Wiederhold. I am writing this letter as a character reference for Doug. I have known Doug since he was 6 years old. I met his father about 8 weeks before his parents divorce was finalized. I have very much enjoyed being a part of Doug's life and watching him grow into the man he is today. I am aware of the charges and they do not fit with the man I know he is.

We have a great relationship built on mutal respect. There has never been a "your not my mom, you can't tell me what to do" moment and I have always treated him as the family and son he is to me. Growing up I have watched him evolve through his early love of the outdoors, bike riding, dirt bike riding, camping and football. In his adult life he has self educated himself on business, nutrition, health, self sustainabilty and outdoor living. He is always striving to increase his knowledge through books, podcasts, documentaries, travel, meeting new people and healthy debate.

Doug has always been a self starter starting his first business at a young age. Doug, his brother Andrew and his friend Nick started their own magic show business and would perform shows for kids. He later as an adult went on to start his own photography business. Although that business eventually failed it served as a learning experience. A heartbreaking experience but one that caused reevaluation of his goals, those around him and to get back up and keep going. Again that continued drive for self improvement.

When Doug was 24 his brother Andrew (22) was killed by a drunk driver. To say we were all devastated would be an understatement. Through his own grief he helped the rest of us through ours. Spending additional time with us including his half-sister (his dad and my daughter) Paige. With his dad they started an annual trip to the family cabin to remember Andrew at place they had gone to a lot growing up. With me, we had one on one discussions remembering Andrew and things we had all done throught the years. With Paige he also spent one on one time with her. They have a 10 year age gap and he still took the time knowing she needed to be around her other brother after the loss of Andrew.

About 8 years ago Doug met Margo and I couldn't be happier for both of them. They have been practically joined at the hip since. They complement each other very well, have similar tastes and have developed goals together. They have a future goal of starting a primitive/offgrid campground in Northern Michigan. They want to allow others to experience their love of nature and give back to the community. They are also furparents to 3 well behaved dogs with Doug being Marshall's #1 person. When they travel they always have their dogs with them.

I hope this gives you insight into the son I know and love.


Sincerely,

Diane Wiederhold

███████████

**From:** ████████████████
**Sent:** Sunday, December 3, 2023 8:50 PM
**To:** ████████████
**Subject:** Fwd: letter

Sent from my iPhone

Begin forwarded message:

> **From:** paige wiederhold ████████████████
> **Date:** December 3, 2023 at 6:35:50 PM PST
> **To:** ████████████████
> **Subject: letter**

To whom it may concern:

Hello, My name is Paige Wiederhold, I am a licensed massage therapist in Maumee, OH. I live in Ottawa Lake, MI. I love the city of Ottawa Lake and the township of Whiteford. I recently joined the fire planning committee to help bring more life and recruits to the Whiteford community.

Doug has known me for every day in my life. He is my brother so we have known each other for 30 years. I am 30 years old, Doug is 10 years older than me. I have been made aware of the current situation that Doug is in.

Doug has a great work ethic, he knows what he wants to achieve in life and he goes for it. He will put in the effort to achieve those goals, he likes to share his goals with his family. Doug has never been an off the rails person. He is a rule follower. He respects his family as well.

Doug is smart, trustworthy and dependable. Doug goes out of his way to treat others the way he wants to be treated. He has a wonderful relationship with his family. Doug being older than me he was there for me when the middle child, Andrew Wiederhold died. Doug was there when I needed him through the grieving process of losing a brother. Our bond became closer than it was before. When Andrew died it was unexpected we all were in shock, that was the summer before my freshman year in highschool. That was a hard year, but fast forward in time and Doug was there when I needed my senior picture taken and he did that for me. It was a very sentimental time for me.

Going back to my love of the Whiteford community, Doug played football for the local Whiteford Bobcats football team. Whiteford this year went undefeated and anytime I would tell him about the score of the game he would say "Go Bobcats".

Losing Andrew was a hard time in our lives, please do not let me go through the grief of losing a brother possibly behind bars. He does not deserve to be there. Doug is a wonderful person and deserves to be with his family.

Thank you for your time,

November 25, 2023

RE: Douglas Wiederhold
To whom it may concern,

My name is Eric Renzhofer. I am a retired Battalion Fire Chief from Toledo,
Ohio and currently operate a construction company. I am also Doug's' step father.
I have Known Doug since 2002 and am very aware of his predicament. A couple
years ago Doug came back to the area and was trying to get a new start. In the
past, Doug had worked for my construction company. His willingness to learn and
go above and beyond was very surprising. My company does alot of Pro bono
work for folks that have little or no income. Work like roof repairs, furnace and
water heater issues. In the past, Doug was always first to step up to help these
disadvantaged people. Keep in mind, pro bono is top to bottom. NO pay
whatsoever for all involved. Many elderly rely on us in bad weather, late
night......to help them. Doug was always willing to help. I never had to worry
about his honesty and trustworthiness on any job.

I personally seen a different person when he recently came home and seen his
relationship with his mother, sisters and myself get better rather quickly. The loss
of his brother in 2007 was a real blow to our family and I believe it attributed to
Doug's' behavior over the years. After his brothers death, Doug became a
different person. Very withdrawn etc.

On the day Doug was picked up in Northern Michigan, my wife and I were
heading up to visit. We were enroute when we got the news. Our visit was set to
be more than a routine visit, we were going to offer him a job. The job would be
putting his computer skills to use for our mini farm as well as providing tech
support. I would also utilize him in my construction company. Of course, I could
utilize him after hours for the pro bono work that we continue to provide.

I've spoken with Doug and he is aware of how serious this situation is. I also
believe he is aware of some poor choices he has made. I think his decision to
return home a couple years ago was an attempt at a fresh start. We would love to
see Doug return home and pick up where he left off after his brother passed
away. I know I can use him and so can many of Pro bono customers.

Thank you for your time,

**JFL**

JACK FERNANDES LAW
APC

JACK J. FERNANDES, ESQ.
ADMITTED IN:
California

TELEPH█████████
E-MAI███████████
WEB: █████████████

**Date**: January 22, 2026

<u>*SENT VIA EMAIL*</u>
To Whom it May Concern

---

**Re: Character Reference Letter for Douglas Wiederhold**

---

Your Honor,

I am an attorney admitted to practice in California. I write today on behalf of Mr. Douglas Wiederhold, who is before this Court for sentencing. I have known Mr. Wiederhold for approximately two years in both a personal and professional capacity, and I offer this letter to provide my perspective on his character.

**Basis of My Knowledge**

I first met Mr. Wiederhold and his partner socially at a local coffee shop. Our initial acquaintance developed into a friendship. Subsequently, in my capacity as an attorney at my former law firm, I had the opportunity to provide them with legal assistance on an unrelated matter. This professional engagement gave me a distinct vantage point from which to observe Mr. Wiederhold's character, particularly his integrity and his approach to formal responsibilities.

**Observations of Character**

Throughout my professional representation of Mr. Wiederhold, I found him to be consistently forthright, cooperative, and respectful of the legal process. He was candid in his communications and diligent in fulfilling his obligations as a client. In a professional relationship where trust and transparency are paramount, Mr. Wiederhold consistently demonstrated himself to be a person of

1

his word. Furthermore, in no uncertain terms, he was a consummate gentleman. I observed his gentle nature, his generosity with friends and strangers alike, and his courteous nature to all he encountered.

On a personal level, I have observed a genuine commitment in Mr. Wiederhold to the well-being of others. He has mentioned his passion for health and fitness, not as a commercial venture, but as a way to help friends and acquaintances make positive life changes. It is my understanding that he offers this guidance freely and without any expectation of personal gain or recognition. In my view, this altruism speaks to a fundamentally prosocial character and a desire to contribute positively to the lives of those around him. This quality appears to be a core part of his identity.

**Conclusion**

I am aware that Mr. Wiederhold has accepted responsibility for his conduct in the matter currently before the Court. The positive character traits I have observed, specifically his trustworthiness in a professional context and his quiet, consistent desire to help others, stand in contrast to the circumstances underlying the present matter, of which I am uninformed.

Based on my personal and professional interactions with him, I believe Mr. Wiederhold is a person of good character who is capable of making positive contributions to his community. I respectfully request that the Court consider my observations when fashioning a just sentence.

I am, respectfully, at the Court's service, to provide additional character support for Mr. Wiederhold. I believe despite, and more powerfully, because of the matters at hand, Mr. Wiederhold will make a positive influence and impact on his community and on the world. He and his partner have shared with me their dream to live a quiet and peaceful life, with their animals, in a rural retreat in the Midwest. They hope to help others, and I believe they will.

Thank you for your time and consideration.

Respectfully submitted,

Sincerely,

JACK J. FERNANDES, ESQ.

11/29/23

**Hollie Wisniewski (Doug's sister)**

I am writing this letter in support of my brother Doug Wiederhold.
I am currently employed at Betco Corporation in Bowling Green, Ohio as a
customer representative. I grew up with Doug and was always treated well by
him as a bigger brother. I am aware of the situation that Doug is in.

Doug was always respectful to both my Mom and Dad. He always helped
around our little farm. We were lucky and had all the animals a typical mini
farm would have like Cows, horses (14) four wheelers and dirt bikes. We had a
pretty good upbringing. Never wanting for much. We heard from Doug here
and there while he was gone and in the past couple years Doug said he was
ready to transition home. My sister and I were lucky to visit him when he paid
for our mini vacation to Vegas. I know my step Dad is ready for Doug to return
because Doug had helped him in his construction company in the past.

A couple years ago he finally moved back and established a homestead in
Northern Michigan. Complete with solar, homesites etc. Doug and his girlfriend
decided they wanted to slow their pace and start over. I believe he walked
away from his business as he didn't like the direction it was going. From what I
understand he left everything and came back to Michigan.

Our family had just started visiting him up North and were happy with his new
lifestyle. As you know, all of that changed recently when he was arrested for
some issues from his past. It was a big blow for our entire family as we just
really got him back. It is our hope and many prayers that Doug will soon return
and continue his recovery as a good citizen and productive person in society.

Sincerely,
Hollie Wisniewski

November 27, 2023

## Re: Doug Wiederhold

Hello, my name is Michelle Renzhofer and I am Dougs' Mother. I am aware of the situation Doug has gotten himself into. My letter will be about Dougs background and upbringing. My husband wrote a letter and I agree with what he put forth 100%.

I raised all my children in a Christian home. We went to church on Sunday, lived in the country and I tried to instill good family morals and values in all my children. Raising my children in the country allowed them the opportunity to ride dirt bikes, have horses and other farm animals. I believed this would teach them respect (for themselves and others) and show that hard work pays off.
I still believe that for the most part I was successful. Unfortunately, Doug made some decisions that I did not agree with, and I made him aware of that.

I believe his turning point was twofold. First, his brother passed away in 2007. As a mother I was devastated, and I will never recover from that loss. Doug also took this very hard, and I immediately shared his pain. It was then that I started seeing behavior that was against our family values. The same values I worked so hard to instill in him. I tried to be the best stay at home mother. Only working part time jobs like bus driving etc. Driving my own children to school. Second, the internet. I watched it consume him. It was very difficult early on and had progressed to be a big issue. I was a single mother working part time jobs to help supplement our income. I couldn't work and keep the computer use to a minimum.

In the past couple years, I have seen Doug begin to transform back into the child I raised. After watching him work more hands on with my husband I believed he had turned the corner and made me proud to be his mother. My understanding on the surface is he made some poor choices. Choices that I don't really know about in detail, nor do I want to know about. I do know that Doug is welcome to come back and work with us and become a value to our community and his family.

I believe Doug realized his shortcomings and poor choices and came home to right his wrongs with both his family and his community.

Sincerely,

Michelle M Renzhofer

**Samantha Silva**

| | |
|---|---|
| **From:** | Nate Meyer < ██████████ |
| **Sent:** | Tuesday, December 5, 2023 8:54 AM |
| **To:** | Samantha Silva |
| **Subject:** | Doug w |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Completed |

I hope this letter is finding you well as I am writing in regard to a nearly lifelong friend Doug Wiederhold.

My name is Nathan Meyer and I am a store manager at Verizon. I have known Doug Wiederhold and his family since the approximate age of 10 years old, I am now 40.

I understand the charges against Doug and that's why I am choosing to write this letter.

In the 30 years I have had the pleasure of being friends with Doug I have only, and specifically known him to be one of the most caring, thoughtful, deeply honest and intelligent people ever.

Doug has offered help to me over our friendship and so many different various manners it would take a week for me to describe them all, he has always worked endlessly to make himself a successful person and to live a good honest lifestyle surrounded by his best and close friends.

Over the years he has been often at times the glue holding certain friend groups together and helping us get through tough times even and up to financially if needed, there had been many times where friends have needed support where he has come through and essentially saved the day.

On a recent occasion he let me borrow an extremely expensive camera and equipment to attempt to create some additional income through wedding photography with a separate friend he didn't ask for anything in return and just was happy to help, just one of many things he has done just to be a great person and help his friends.

Always a selfless and humble man whatever he had himself he offered to his close friends and family I always felt like was and will always be one of the best friends I've ever had always able to count on him and just over the top selfless.

He comes from an incredible family with very loving siblings and great parents all with awesome values and just as humble and kind as Doug himself.

Over the time of our nearly 30 year friendship I have seen Doug go through some super hard times mainly including the loss of his brother who I was also very close friends with on top of that risky moves away from home and just a bad economy when we were growing up definitely

made it Difficult for all of us to succeed but Doug never gave up and he was one of the hardest workers I knew always trying to innovate and come up with new ideas to be more comfortably financially than we were all going through.

Although I've never worked alongside Doug we have worked together and some of the same bars and nightclubs around Toledo Ohio and he was always a standup guy to every place that he ever went to and had a great reputation which he still does.

It's hard to describe in one letter all of the qualities and Doug and experiences with him that have created such a great friendship but I have just tried my best and I hope the message is clear .

December 3, 2023

To Whom It May Concern:

My name is Tamela Seehase. I was a medical biller for Michigan State University for 27 years, and I'm currently retired full-time. I lived in Las Vegas for seven years and am now living in Michigan. I am aware of the charges that have been made against Doug Wiederhold, and without hesitation, I am honored to have the opportunity to write this character reference letter on his behalf.

Approximately eight years ago, Doug hired me to help him maintain his household in Las Vegas, and during that time we soon discovered that our hometowns were only a few hours apart. Needless to say, a bond and friendship were formed. I soon observed that Doug was intelligent and success-oriented, always displayed high integrity, always had a sincere listening ear, and treated everyone with professionalism and respect.

I would also like to share with you that Doug helped me through a very rough time and provided me with the help I needed to move forward. He did this with compassion, support, and non-judgmental advice. I have the utmost respect for Doug and feel very blessed that he has been a part of my life.

I'm hoping my testament has given you a better understanding of the person Doug is and why I'm proud to call him my friend. I do not doubt in my mind that Doug will continue to be the outstanding person he already is and will continue to be successful in all aspects of his life. Please feel free to contact me with any additional questions you may have.

Sincerely,

Tamela Seehase
tamsee1963@gmail.com

Nathan A Stevens



12/06/2023

I am writing this letter on behalf of Doug Wiederhold. My name is Nathan Stevens. I am a business owner and personal trainer residing in Albuquerque, NM. I own Prime Kennels, llc., where I specialize in breeding top pedigree Presa Canarios, and I run a mobile personal training company catering to athletes and groups. Over the last three seasons, I've also taken pride in coaching youth flag football, tackle football, and an independent track team.

I have known Doug Wiederhold for around 30 years, dating back to our childhood in Michigan. Growing up in adjacent neighborhoods, I used to ride over to his house, where I would spend my time with him and his younger brother, Andrew, on the bmx track his family built in their backyard.

When I was 14, I ended up moving away from Michigan, and we lost touch. Several years later, just after high school, we reconnected in Toledo, Ohio. I ran into Doug, now a personal trainer, at a local gym. He trained me in weightlifting for some time, while also teaching me what he knew about fitness and nutrition. Doug became a significant influence on my life, both in fitness and spirituality. He taught me about meditation and holistic well-being, which sparked a spiritual journey that helped me transform into who I am today. Doug guided me through various meditations. I even witnessed his impact on others, notably assisting an individual with his eating disorder and weight loss through guided meditation and helping him to construct healthy lifestyle choices.

I recall sitting with Doug, eating breakfast, at a local diner one morning. I asked him about a tattoo that he has on his shoulder. He told me that it was a tattoo of the Flower of Life Symbol. I was curious about it, so he introduced me to "The Ancient Secret of the Flower of Life" books. These books helped deepen my understanding of transitioning from a mentally centered life to a heart-centered one, focusing on love and compassion. The flower of life symbolizes the connection of all living things. It represents life, love, harmony, and creation. I've always thought it was fitting that he has that tattoo, because I believe that it perfectly embodies who he is.

During his time as a personal trainer, Doug also worked part time as door security at club Rain, in downtown Toledo. On more than one occasion, I observed his calm and gentle nature in dealing with unruly customers. One incident I witnessed was when a man was attempting to fight with a few members of the security staff. Despite the aggressiveness towards Doug, he managed to calm the situation, persuading the man to leave the premises. Doug managed to diffuse, not only the immediate aggressor, but also the tensions among the security staff. He was always empathetic and adept at de-escalating confrontational situations. While working at the club, Doug would often walk young couples and women leaving the club out to their vehicle or ride to ensure their safety, as it was not in the safest area in downtown.

In 2007, the loss of Doug's younger brother, Andrew, was a challenging time for his family, friends, and me. Doug's resilience and strength during this period were remarkable. He witnessed the emotional toll it took on his father. Doug stepped up, spending more time with him and helping his father in the process of coming to terms with the tragedy. His support extended to helping family and friends cherish the memories of Andrew, ensuring his spirit lived on. This experience profoundly influenced our relationship, emphasizing the preciousness of every moment with loved ones.

Doug's business mindset is grounded in honesty and integrity, which is a big part of why I have always considered building a business with him. These traits make him a trustworthy partner. He understands that the success of a business is about trust and building a beneficial business structure for all parties involved. Our discussions about future business ventures, including a one-stop health and fitness center, reflects his entrepreneurial creativity and drive for success. The planned venture integrates personal training, fitness, guided meditation, massage therapy, nutritional guidance, and other therapies, offering a comprehensive approach to health and wellness.

I cannot overstate Doug's impact on my life. He is the reason I am in the health and fitness industry today. His spiritual leadership when we were younger men, coupled with the inspiration to pursue a career in fitness and nutrition, has been instrumental. Doug's support during tough times and being there for me through the years, has solidified his role as a rock for me. It's one of many reasons, why he is a rock for so many others.

We planned to embark on our business venture together soon. The prospect of not having him by my side during this process is unimaginable. I genuinely believe that without Doug in my life, I wouldn't be where I am today. My passion for helping others and giving back to the community stems directly from his spiritual leadership during my younger years. The spark that ignited my interest in nutrition and fitness was a direct result of Doug's influence.

In addressing the legal challenges Doug currently faces, I really hope you do consider the exceptional qualities that define the person I know him to be. In your line of work, I can only imagine how tedious it can be to read through so many character letters. I also understand that this is the best opportunity for you to read and interpret the characteristics of who Doug really is. With that said, I did not take this task lightly. His genuine compassion, unwavering integrity, and positive influence, as demonstrated through these experiences, are qualities that I believe deserve thoughtful consideration.

If you have any questions or need additional information, please feel free to contact me at ███████████████████ or by phone at ███████████

Thank you for your time and consideration.


Sincerely,

Nathan A Stevens

# PEGGY HURST



November 29, 2023

RE: Douglas Wiederhold

To Whom It May Concern,

My name is Peggy Hurst and I am the Director of Purchasing for RT Anderson Enterprises, Inc. 6622 Kingspointe Parkway Orlando, FL 32819. I have known Doug Wiederhold both professionally and personally for many years. I am both troubled and surprised to hear of the criminal matter he is facing. I can confirm that in all the years I have known Doug he has consistently demonstrated admirable traits and qualities. He possesses a strong sense of integrity, honesty and moral values. His actions and decisions are always guided by a strong ethical compass and respect for others.

In my experience, Doug, is a highly responsible and dependable individual. He approaches commitments with a great deal of dedication and diligence, consistently delivering results professionally with an unwavering regard for excellence. While in Doug's employ, I observed him work one-on-one with employees to ensure that they succeed on projects. His caring, everyone is family attitude, was a perspective that allowed the staff to grow professionally as well as personally. At the time, I was going through a terrible court battle with my ex-husband and could not afford to pay my attorney. Doug offered to loan me the money and let me pay it back weekly from my paycheck which showed how much he admired and respected me. We have remained good friends for many years and am always amazed at his generous nature.

Doug's kind heartedness, strong family ties and love for others was demonstrated consistently. I observed on a daily basis his generosity to make sure everyone ate lunch, even fixing lunch for employees who did not have money to buy or forgot to bring it that day. Seeing him open his wallet to help others with gas money, bus fare, gifts and school expenses was not out of the ordinary. His interactions and love for family was evident by the smile and laugh exhibited when speaking of them often. Doug shows empathy, warmth and acceptance to everyone he meets, whether professionally or personally.

In addition to his outstanding personal qualities Doug has demonstrated a genuine passion for business and is one of the best photographers I have ever known. Based on my interactions and observations, I have no doubt that Doug would be a valuable asset to the community and to any organization given the opportunity. I strongly recommend him as a person of good character who deserves leniency in this matter.

Not only do I like Doug, I also respect him greatly. It must be difficult to see the character of a person you don't really know and I hope that I have been able to give you a glimpse of Doug through my years of experience with him both personally and professionally. I feel incredibly lucky to know Doug as a friend and admire his charitable nature toward everyone he meets.

I felt honored to be asked to provide this character reference and hope that the information I provided helps you understand what an outstanding individual Doug Wiederhold really is. If I can be of further assistance please call me at ███████ or contact me by email at ████████████

Sincerely,

Peggy Hurst

December 1st, 2023

To Whom it May Concern,

My name is Raechel Wisniewski and I am Doug Wiederhold's youngest sister. Doug was 12 years older than me growing up so I have known Doug my whole life. I am 28 years old now and have a logistics job at a refinery in Toledo, Ohio. This letter will be about growing up with Doug and how I always admired him as a younger sister.

Doug, Andrew, Hollie and I grew up going to church on Sunday's with our mother and staying very close as a family. Our mother was a stay at home mom with all four of us and we always spent our free time together on the weekends. Doug and Andrew, my brothers, were always out riding dirt bikes and helping my mom with our horses and other animals. Doug was always very kind and helpful with my sister and I since we were much younger. Doug never portrayed any negative traits to either of us and always was a helpful older brother whenever we needed him.

After our brother Andrew passed away in 2007 the whole dynamic of our family changed and Doug grew distant. He moved away roughly a year after the accident but would still text me on occasion to keep in touch. In 2019 Doug flew my sister Hollie and I out to Vegas to visit with him and his girlfriend. We had the greatest time with both Doug and his girlfriend and were all able to catch up together.

I am vaguely aware of the situation going on in Doug's life currently and I cannot express enough how out of character it sounds for my older brother Doug. Doug and all four of us were raised to know right from wrong and even though Doug may not be perfect he has always been smart and a caring older brother.

Unfortunately, at some point he must have strayed from the Doug I know as a brother and its my hope he rights his wrongs with himself, anyone harmed , and god.

Thank you for your time,

Raechel Wisniewski

CHARACTER REFERENCE LETTER

To Whom This May Concern,

I, Ryan Somavia, write this letter of reference about Douglas Wiederhold, with whom I had the pleasure to know for more than 12 years, in order to clarify and defend his good judgment.

During this length of time, Douglas Wiederhold demonstrated numerous qualities as a valuable person who I can call my friend. In addition to this, I have observed him being a stand up nice guy, hard-worker, and always willing to lend a helping hand if needed. He always carried him self as a very professional person in and out of work. Douglas Weiderhold, is also a sensible, enthusiastic and graceful person.

Under this pretext, I strongly recommend Douglas Wiederhold, as more than a suitable person. I think this is a solid testimony of how Douglas Wiederhold, is and his mental and moral qualities, and I hope you consider this reference letter when determining the outcome of this case.

In case you need any further information, please, do not hesitate to contact me.

Best regards,

Signature _____ Date 12-4-23

Print Name Ryan Somavia

Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Telephone ▮▮▮▮▮▮▮▮▮▮▮

E-Mail ▮▮▮▮▮▮▮▮▮▮▮

Brian Singbiel



January 22, 2026

To Whom It May Concern,

I am writing to offer my personal and professional perspective on the character of Douglas Wiederhold, whom I have known for many years through a professional collaboration that later developed into a genuine friendship.

I am a professional documentary filmmaker and editor. My work includes the film "Bigger, Stronger, Faster" which I edited, and "20 Feet From Stardom" which received an Academy Award for Best Documentary Feature. Through my work evaluating and developing documentary subject matter across a wide range of industries and social issues, I was introduced to Doug.

Doug has built a successful career within the adult entertainment industry, an area in which I had no prior professional experience before meeting him. That industry often carries significant stigma, much of it due to unethical behavior by certain individuals. What stood out to me immediately about Doug was that he embodied none of the negative characteristics commonly associated with that reputation. On the contrary, Doug is a principled, respectful, and conscientious individual who places a high value on integrity, accountability, and the well-being of those around him.

It did not surprise me to learn that Doug now faces legal challenges related to his history in the adult entertainment industry, particularly given the misconduct of others who have contributed to that industry's negative reputation. However, I can state without hesitation that Doug is not representative of those bad actors. In fact, Doug has been consistently vocal about opposing unethical practices and mistreatment within the industry.

Equally in his professional life and in his home, Doug's values are reflected through his actions.  He is in a committed, loving relationship with a former adult performer, and together they have been steadfast advocates for professionalism, safety, and ethical conduct. I have personally observed Doug regularly demonstrate exceptional care and protectiveness toward those around him, particularly women, ensuring they were treated with respect and fairness. His past experiences have made him especially vigilant about fostering a safe, transparent, and supportive culture.  In my experience working across many creative industries, the environment Doug promotes is one that many would aspire to replicate.

I offer this letter with complete confidence in Doug's character and with the hope that it assists the Court in understanding Doug's character beyond the circumstances of this matter.

Sincerely,

Brian Singbiel
Documentary Filmmaker


cell:
email: